THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* ANTHONY LATEGANO, Appellant.

Submitted June 7, 1948; decided July 16, 1948.

Motion for reargument denied. [See 281 N. Y. 834.]

In the Matter of NANCY DAVIDS et al., Appellants, against LUISE M. SILLCOX, as Executive Secretary of the AUTHORS' LEAGUE OF AMERICA, INC., et al., Respondents.

Submitted June 11, 1948; decided July 16, 1948.

Motion for reargument and for a stay denied, with $10 costs and necessary printing disbursements. [See 297 N. Y. 355.]

NATHAN D. LEIMAN et al., Respondents, *v.* ALEXANDER GUTTMAN et al., Individually and as Officers and Members of the Committee of Preferred Stockholders of Pittsburgh Terminal Coal Corporation et al., Appellants, et al., Defendants.

Submitted July 16, 1948; decided July 16, 1948.

Motion for reargument denied, with $10 costs and necessary printing disbursements. [See 297 N. Y. 201.]